**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Darrell L West<br>P. O. Box 101<br>Pineview, GA  31071-0101 | **CHAPTER 13**<br><br>**Case Number:** 14-51917-JPS<br><br>**ATTORNEY:**  LUMAN C. EARLE |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $421.47 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

SOUTH GEORGIA TITLE PAWN
702 C BOARD ST
CORDELE, GA 31015

**DATED:** June 7, 2018

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**